BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2760
Facsimile: (916) 554-2900
Email: yoshinori.himel@usdoj.gov

Attorneys for Petitioner United States of America

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-cv-01210-MJS |
| Petitioner, | **ORDER OF REFERENCE TO U.S. MAGISTRATE JUDGE** |
| v. | |
| JEFFREY A. GRANDSTAFF, | |
| Respondent. | |

By consents filed September 22 and 23, 2011, the parties have consented under 28 U.S.C. § 636(c) and Local Rule 305 to having the Magistrate Judge conduct all proceedings and order the entry of a final judgment in this action. Currently no U.S. District Judge is assigned. Accordingly, the Chief U.S. District Judge and the assigned U.S. Magistrate Judge order as follows.

### ORDER BY CHIEF U.S. DISTRICT JUDGE

After review of the file, I hereby APPROVE the parties' filed consents and REFER the action to United States Magistrate Judge Michael J. Seng.

IT IS SO ORDERED.

Dated:   September 30, 2011                               _____
                                                         CHIEF UNITED STATES DISTRICT JUDGE