BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Petitioner United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>JEFFREY A. GRANDSTAFF,<br><br>　　　　　Respondent. | Case No. 1:11-cv-01210-MJS<br><br>**AMENDED ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT**<br><br>**CHANGE IN HEARING DATE**<br><br>Date:　Friday, September 14, 2012<br>Time:　9:30 a.m.<br>Ctrm:　#6, 7th Floor |

　　　Upon the petition of BENJAMIN B. WAGNER, United States Attorney for the Eastern District of California, including the declaration of Revenue Officer MICHAEL NICHOLAS, it is hereby:

　　　ORDERED that the respondent, JEFFREY A. GRANDSTAFF, appear before United States Magistrate Judge Michael J. Seng, in that Judge's courtroom in the United States Courthouse, 2500 Tulare Street, Fresno, California, 93721, on **Friday, September 14, 2012, at 9:30 a.m.**, and that respondent show cause as follows:

　　　1.　Why respondent, JEFFREY A. GRANDSTAFF, should not be held in civil contempt of this Court for his failure to comply with the Order filed on October 14, 2011, directing respondent to comply with the I.R.S. Summons issued on July 21, 2011.

1     2.  Why the respondent should not be incarcerated and ordered to pay a daily fine
2 until he complies with the Order, and ordered to pay a compensatory fine to the United
3 States.
4     IT IS FURTHER ORDERED that within 14 calendar days after the filing of this
5 Order, the respondent shall file and serve a written response to the Petition re: Civil
6 Contempt of Order Filed October 14, 2012, Filed June 21, 2012.  Only those issues
7 brought into controversy by the responsive papers and supported by declaration will be
8 considered at the hearing on this Order, and any uncontested allegation in the Petition Re:
9 Civil Contempt will be considered admitted.
10     Respondent is hereby notified that a failure to comply with this Order will subject
11 respondent to possible further sanctions for contempt of Court.

13 IT IS SO ORDERED.
14 Dated:   July 10, 2012              /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE