```
BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone:  (916) 554-2760
Facsimile:  (916) 554-2900
Email: yoshinori.himel@usdoj.gov
```

Attorney for Petitioner United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-cv-01210-MJS |
|    Petitioner, | **PETITIONER'S NOTICE OF COMPLIANCE; ORDER CLOSING FILE** |
|    v. | |
| JEFFREY A. GRANDSTAFF, | **Taxpayer: JEFFREY A. GRANDSTAFF** |
|    Respondent. | |

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE that in petitioner's view, respondent has sufficiently complied with the summons being enforced here.  The case can and should be closed.

Date:  October 12, 2012

BENJAMIN B. WAGNER
United States Attorney

By:  */s/ YHimel*
YOSHINORI H. T. HIMEL
Assistant United States Attorney

1

**ORDER**

Upon Petitioner's notice of compliance and recommendation, the Clerk shall close this file.

IT IS SO ORDERED.

Dated:   October 12, 2012         /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE

2