```
BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2760
Facsimile: (916) 554-2900
Email: yoshinori.himel@usdoj.gov
```

Attorney for Petitioner United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>    v.<br><br>JEFFREY A. GRANDSTAFF,<br><br>    Respondent.<br>_____ | Case No. 1:11-cv-01210-MJS<br><br>**PETITIONER'S NOTICE OF COMPLIANCE; ORDER CLOSING FILE**<br><br>**Taxpayer: JEFFREY A. GRANDSTAFF** |

TO THIS HONORABLE COURT:

    PLEASE TAKE NOTICE that in petitioner's view, respondent has sufficiently complied with the summons being enforced here. The case can and should be closed.

Date: October 12, 2012

                                                        BENJAMIN B. WAGNER
                                                        United States Attorney

                                 By:    */s/ YHimel*
                                           YOSHINORI H. T. HIMEL
                                           Assistant United States Attorney

1

**ORDER**

Upon Petitioner's notice of compliance and recommendation, the Clerk shall close this file.

IT IS SO ORDERED.

Dated: October 12, 2012          /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE

2